# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 21, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159510(45)(48)(52)
159511

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SKANSKA USA BUILDING, INC.,
      Plaintiff-Appellant,

v

SC: 159510, 159511
COA: 340871, 341589
Midland CC: 13-009864-CK

M.A.P. MECHANICAL CONTRACTORS, INC.,
AMERISURE INSURANCE COMPANY, and
AMERISURE MUTUAL INSURANCE
COMPANY,
      Defendants-Appellees.
_____/

On order of the Chief Justice, the separate motions of (1) Associated General Contractors of Michigan and Associated General Contractors of America, (2) Michigan Infrastructure Transportation Association, and (3) Construction Association of Michigan to file briefs amicus curiae are GRANTED. The amicus briefs submitted by those entities are accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 21, 2019



Clerk